In the Matter of AMY R. GURVEY (Admitted as AMY REBECCA WEISSBROD), an Attorney and Counselor-at-Law, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Decided March 26, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of KEISHA GABRIEL S., Respondent, v ALPHONSO S., Appellant. (And Another Action.)

Submitted December 31, 2012; decided March 26, 2013

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the order of Supreme Court, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of MELVIN LEE, Appellant, v ERIE COUNTY DISTRICT ATTORNEY'S OFFICE, Respondent.

Submitted February 11, 2013; decided March 26, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

JOSEPH MURRAY, Appellant, v SUZANNE MURRAY, Respondent.

Submitted February 4, 2013; decided March 26, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.